IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| KAMAR ADARDOUR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:08cv798 (AJT/TRJ) |
| | ) |
| AMERICAN SETTLEMENTS INC., | ) |
| T/A METRO SETTLEMENTS INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on Defendant American Settlements Incorporated d/b/a Metro Settlements' Motion to Strike and/or Motion in Limine (Doc. No. 91) and Defendant American Settlements Incorporated t/a Metro Settlements' Motion for Summary Judgment (Doc. No. 96). By Order dated June 23, 2009, this Court entered summary judgment in favor of Defendant as to Count III and ordered additional briefing as to Count I. Upon consideration of the motion and supplemental memoranda filed by the parties, the argument of counsel, and for the reasons stated in open court at the hearing on July 2, 2009, and in the accompanying Memorandum Opinion, it is hereby

ORDERED that Defendant American Settlements Incorporated t/a Metro Settlements' Motion for Summary Judgment (Doc. No. 96) as to Count I, Violation of the Virginia Consumer Protection Act, be, and the same hereby is, GRANTED; it is further

ORDERED that Defendant American Settlements Incorporated d/b/a Metro Settlements' Motion to Strike and/or Motion in Limine (Doc. No. 91) be, and the same hereby is, DENIED as MOOT; and it is further

ORDERED that and this action be, and the same hereby is, DISMISSED.

The Clerk is directed to enter judgment in favor of Defendant pursuant to Fed. R. Civ. P. 58 and forward copies of this Order and accompanying Memorandum Opinion to all counsel of record.

This Order is final.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
July 2, 2009